UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROLYN PORTER | ) |
| | ) Case Number: 1:23-cv-01328 |
| | ) |
| v. | ) Judge: Honorable Thomas M. Durkin |
| | ) |
| SCOTT SPORTS, SA; SCOTT USA, | ) Magistrate Judge: Honorable Jeffrey T. Gilbert |
| INC.; SR SUNTOUR, INC.; | ) |
| SR SUNTOUR NORTH AMERICA, INC.) | |
| and RECREATIONAL EQUIPMENT, INC.) | |

## AGREED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

NOW COMES Defendant SR Suntour North America, Inc., by and through its attorneys, Heath Sherman and The Sherman Law Group, LLC, and for its agreed motion to extend time to file a responsive pleading, states as follows:

1. On March 3, 2023, Plaintiff filed her complaint against Defendant SR Suntour North America, Inc. ("SSNA") and other defendants for injuries allegedly sustained on July 12, 2022 while Plaintiff was riding a Scott Sportster 55 Lady Hybrid bicycle allegedly equipped with a NEX Suntour front fork. (ECF No. 1).

2. According to the return of service, SSNA was served with the summons and complaint on March 10, 2023. (ECF No. 9).

3. The deadline for SSNA to file a responsive pleading is March 31, 2023.

4. Counsel for SSNA is investigating whether to file a motion to dismiss based on an absence of personal jurisdiction. This will require the preparation of an affidavit with detailed supporting facts.

5. Counsel for SSNA contacted counsel for Plaintiff, Mark Richards, on March 28, 2023 to request a 28-day extension of time to file a responsive pleading by April 28, 2023.

      6.      Plaintiff's counsel agreed to this request.

      7.      This is SSNA's only request for an extension of time. It is filed less than a month after the Complaint was filed and before any other Defendant has appeared.

      8.      This motion is not filed to unnecessarily delay this matter and will not prejudice any party.

WHEREFORE, Defendant SR Suntour North America, Inc. respectfully requests this Honorable Court grant this motion and extend the time for this Defendant to file a responsive pleading to April 28, 2023, or for other relief this court deems just and reasonable.

                    Respectfully submitted,

                    THE SHERMAN LAW GROUP, LLC

              By: *Heath Sherman*
                    Heath Sherman

Heath Sherman #6238084
The Sherman Law Group, LLC
111 Barclay Boulevard, Suite 210
Lincolnshire, IL 60069
(847)383-5769
hsherman@shermanlawllc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2023, I provided service to the person or persons listed below by the following means: CM/ECF and email.

**Steven A. Haskins**
**David Christopher Wright**
**Mark I. Richards**
McCune Law Group, McCune Wright, Arevalo
Vercoski, Kusel & Weck
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
sah@mccunewright.com
dcw@mccunewright.com
mir@mccunewright.com

**Derek Yates Brandt**
McCune Law Group, McCune Wright, Arevalo
Vercoski, Kusel & Weck
231 North Main Street, Suite 20
Edwardsville, IL 62025
dyb@mccunewright.com

                          THE SHERMAN LAW GROUP, LLC

By: _*Heath Sherman*_____
                         Heath Sherman

Heath Sherman #6238084
The Sherman Law Group, LLC
111 Barclay Boulevard, Suite 210
Lincolnshire, IL 60069
(847)383-5769
hsherman@shermanlawllc.com